UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-23289-CIV-ALTONAGA/Goodman

OLGA GARCIA,

    Plaintiff,
v.

SUN WEST MORTGAGE COMPANY, INC.
and **REVERSE MORTGAGE FUNDING LLC**,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court on Plaintiff, Olga Garcia's Renewed and Agreed Motion for Leave to Voluntarily Dismiss the Remaining Individual Claims With Prejudice [ECF No. 103]. Plaintiff advises the Court that the parties have jointly agreed to dismiss Plaintiff's individual claims against Defendant, Reverse Mortgage Funding, LLC with prejudice. (*See id.* 1). The parties also agree to bear their own fees and costs. (*See id.*). Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 103]** is **GRANTED**. Plaintiff's individual claims against Reverse Mortgage Funding, LLC are **DISMISSED with prejudice**. Each party shall bear its own fees and costs. The Clerk of Court shall **CLOSE** the case.

**DONE AND ORDERED** in Miami, Florida, this 31st day of January, 2019.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record